OA 91   Criminal Complaint

# United States District Court

_____NORTHERN_____ DISTRICT OF _____CAILFORNIA_____

UNITED STATES OF AMERICA
V.

ALEXANDER JAMES TRABULSE

(Name and Address of Defendant)

CRIMINAL COMPLAINT

Case Number: 3 09 70004

**FILED**
JAN 0 2 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MEJ

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about  December 2006  in  San Francisco  County, in
                                                                          (Date)
the  Northern District  District of  California  defendant(s) did,

(Track Statutory Language of Offense)
commit mail fraud

in violation of Title  18  United States Code, Section(s)  1341  .

I further state that I am a(n)  FBI Special Agent  and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Approved
As To  Timothy P. Crudo
Form:
       AUSA

[signature]

Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

January 2, 2009                                          at   San Francisco, California
Date                                                          City and State

Hon. Maria-Elena James     United States Magistrate Judge
Name & Title of Judicial Officer                              Signature of Judicial Officer

Attachment A to Criminal Complaint

18 U.S.C. Section 1341

Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

Maximum Penalties

    20 years imprisonment
    $250,000 fine
    $100 special assessment
    Three years supervised release.