JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ADAM A. REEVES (NYSB 2363877)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7157
    Facsimile: (415) 436-7234
    Adam.Reeves@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> ALEXANDER JAMES TRABULSE, <br>     Defendant. | No. 3-09-70004 (MEJ) <br><br> STIPULATION AND [PROPOSED] SCHEDULING ORDER |

    WHEREAS, a Criminal Complaint was filed in this matter on January 2, 2009;

    WHEREAS, the defendant was arrested and initially appeared in this matter on January 5, 2009;

    WHEREAS, pursuant to Federal Rule of Criminal Procedure 5.1 the Court is required to conduct a preliminary hearing on or before January 23, 2009 unless, *inter alia*, the defendant, who is out of custody, waives the preliminary hearing or is indicted;

    WHEREAS, the defendant's counsel believes that additional time is necessary to review

the evidence and investigate the case, and believes it is in the best interests of the defendant to do so before formal charges are filed;

WHEREAS, taking into account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1;

WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and under the circumstances the ends of justice served by a reasonable continuance outweigh the best interest of the public and the defendant in a speedy trial;

WHEREAS, the defendant consents to a continuation of the preliminary hearing and an exclusion of time until March 6, 2009; and,

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the date for the preliminary hearing be continued to March 6, 2009 at 9:30 a.m. under Federal Rule of Criminal Procedure 5.1(d) and Title 18, United States Code, Sections 3060 and 3161(b), (h).

IT IS SO STIPULATED.

DATED: January 9, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

_____
Adam A. Reeves
Assistant United States Attorney

DATED: January 9, 2009

KEKER & VAN NEST LLP

MICHAEL CELIO by AAR with permission
_____
Michael D. Celio
Attorneys for Defendant
ALEXANDER JAMES TRABULSE

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CASE NO. 3-09-70004 (MEJ)

1

For the foregoing reasons, the Court HEREBY ORDERS that the preliminary hearing in this matter is continued to March 6, 2009, at 9:30 a.m. before the Honorable Elizabeth D. Laporte. The Court finds that good cause is shown and concludes that the continuance is proper under Rule 5.1(d) of the Federal Rules of Criminal Procedure and Title 18, United States Code, Sections 3060 and 3161.

The Court finds that the failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that this exclusion of time from January 9, 2009 through and including, March 6, 2009 should be made under Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

Dated: 1/12/09



Hon. Elizabeth D. Laporte
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte