AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

VIOLATION:
18 U.S.C. § 1341 (Mail Fraud)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
20 years imprisonment (Class c: 18 U.S.C. § 3581(b)(3))
$250,000 fine (18 U.S.C. § 3571(b)(3))
3 years supervised release (18 U.S.C. §3583(b)(2))
$100 special assessment (18 U.S.C. § 3013(a)(2)(A))

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ ALEXANDER JAMES TRABULSE

DISTRICT COURT NUMBER
**CR 09        0350 JSW**

**DEFENDANT**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
09-3-70004 MAG

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   ADAM A. REEVES

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:          Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 09 0350 |
|---|---|
| Plaintiff, | ) VIOLATION: |
| v. | ) 18 U.S.C. § 1341 (Mail Fraud). |
| ALEXANDER JAMES TRABULSE, | ) |
| Defendant. | ) SAN FRANCISCO VENUE |

JSW

INFORMATION

The United States Attorney charges:

1. At all relevant times, ALEXANDER JAMES TRABULSE resided in Daly City, California.

2. Between in or about 1997 and 2007, ALEXANDER JAMES TRABULSE managed so-called hedge funds known as Fahey Hedge Fund and Fahey Financial Group, Inc. located in San Francisco, California (collectively the "Fahey Funds").

3. By in or about 2006, ALEXANDER JAMES TRABULSE persuaded approximately 165 investors to invest a total net principal amount of approximately $17.6 million.

INFORMATION

4. ALEXANDER JAMES TRABULSE misled investors into believing their investments in the Fahey Funds were worth a total of approximately $50 million.

5. ALEXANDER JAMES TRABULSE misled investors by mailing fraudulent periodic account statements that made materially false representations about the true disposition of their funds and the value of the assets held by the Fahey Funds using the mail.

6. ALEXANDER JAMES TRABULSE further misled investors about how Fahey Funds would manage the money they invested. Instead, ALEXANDER JAMES TRABULSE stole or otherwise diverted millions of dollars in investor money for the defendant's own personal benefit or the benefit of others related to the defendant.

7. Investors in the Fahey Funds have lost millions of dollars as a result of the defendant's scheme to defraud.

COUNT ONE: 18 U.S.C. § 1341 (Mail Fraud)

8. Paragraphs 1 through 7 are realleged as if fully set forth herein.

9. From in or about 1997 through in or about 2007, in the Northern District of California and elsewhere, the defendant

ALEXANDER JAMES TRABULSE,

having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, and to sell, dispose of, loan, exchange, alter, give away, distribute, supply, and furnish and procure for unlawful use counterfeit and spurious coins, obligations, securities, and other articles, and having represented and intimated and held out things to be such counterfeit and spurious articles, for the purpose of executing such scheme and artifice and attempting so to do, placed in a post office and authorized depository for mail matter, documents and other matter and things to be sent and delivered by the Postal Service, and deposited and caused to be deposited documents and other matters and things to be sent and delivered by private and commercial interstate carrier, and took and received therefrom, documents and other matter and things, and knowingly caused to be

INFORMATION

delivered by mail and such carrier according to the direction thereon, and at the place at which it was directed to be delivered by the person to whom it was addressed, documents and other matter and things, in violation of Title 18, United States Code, Section 1341.

All in violation of Title 18, United States Code, Section 1341.

DATED: April 3, 2009

                JOSEPH P. RUSSONIELLO
                United States Attorney

                BRIAN J. STRETCH
                Chief, Criminal Division

Approved as to form:

ADAM A. REEVES
Assistant United States Attorney

INFORMATION

3