BARRY J. PORTMAN
Federal Public Defender
LOREN G. STEWART
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Trabulse

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Court No. CR-09-0350 JSW (EDL) |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER RE: ATTENDANCE OF EASTER RELIGIOUS SERVICES** |
| ALEXANDER JAMES TRABULSE, | |
| Defendant. | |

On January 9, 2009, this Court imposed conditions of release on the Defendant, Alexander James Trabulse, that includes a restriction of strict home confinement with limited exceptions, including that Mr. Trabulse "may possibly attend mass once a week at discretion of Pretrial Services." Mr. Trabulse has been attending mass regularly since the imposition of the order, with the approval of his Pretrial Services officer, Richard Sarlatte.

Mr. Trabulse would like to attend additional masses this week in celebration of Holy Week and the Easter holiday. Counsel for Mr. Trabulse contacted Officer Sarlatte in Pretrial Services regarding attendance of the additional masses; Mr. Sarlatte had no objection to the request, but opined that he could not authorize attendance of additional masses without a Court

STIPULATION AND [PROPOSED] ORDER
RE: ATTENDANCE OF EASTER RELIGIOUS
SERVICES                                           1

order permitting attendance. Counsel for Mr. Trabulse also contacted AUSA Adam Reeves. Mr. Reeves stated his agreement that, with the instant Court order and appropriate notification of Pretrial Services, Mr. Trabulse should be permitted to attend the following masses. Each mass includes the time of the mass and, in parentheses, enough time for Mr. Trabulse to travel to and from the church.

> Friday, April 10, 2009: Good Friday Mass
> 5:00 PM - 8:30 PM (4:00 PM - 9:30 PM with driving time)
>
> Saturday, April 11, 2009: Vigil of Easter
> 4:00 PM - 7:30 PM (3:00 PM - 8:30 PM with driving time)
>
> Saturday, April 12, 2009: Easter Mass
> 12:30 PM - 2:30 PM (11:30 AM - 3:30 PM with driving time)

All masses will occur at:

> St. Margaret Mary Church
> 1219 Excelsior Drive
> Oakland, CA 94601

With this order, Mr. Trabulse may attend the masses specified above notwithstanding the release order in his case that limits his regular church attendance to once per week.

**IT IS SO STIPULATED**.


DATED: April 10, 2009                      JOSEPH P. RUSSONIELLO
                                           United States Attorney


                                                    /s/
                                           Adam A. Reeves
                                           Assistant United States Attorney


DATED: April 10, 2009                      BARRY J. PORTMAN
                                           Federal Public Defender


                                                    /s/
                                           Loren G. Stewart
                                           Assistant Federal Public Defender

STIPULATION AND [PROPOSED] ORDER
RE: ATTENDANCE OF EASTER RELIGIOUS
SERVICES                                   1

1   For the foregoing reasons, the Court hereby ORDERS that the Defendant, Alexander
2   James Trabulse, shall be permitted to attend the religious services detailed herein,
3   notwithstanding his conditions of release.

4

5   **IT IS SO ORDERED**.

6

7   Dated: _____

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

STIPULATION AND [~~PROPOSED~~] ORDER
RE: ATTENDANCE OF EASTER RELIGIOUS
SERVICES                                    2