1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  ADAM A. REEVES (NYSB 2363877)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7157
7     Facsimile: (415) 436-7234
      Adam.Reeves@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,           )
                                    )   Case No. 3:09-cr- 00350-WHA
        Plaintiff,                  )
                                    )   STIPULATION AND
    v.                              )   [~~PROPOSED~~] ORDER
                                    )
ALEXANDER JAMES TRABULSE,           )
                                    )
        Defendant.                  )
                                    )

        WHEREAS, the Court conducted a hearing on April 21, 2009;

        WHEREAS, the government produced approximately six (6) boxes of discovery to counsel for the defendant and defendant's counsel believes that additional time is necessary to review the evidence and investigate the case, and believes it is in the best interests of the defendant to do so as soon as possible;

        WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CASE NO. 3:09-cr- 00350-WHA
                                    1

1 under the circumstances the ends of justice served by a reasonable continuance outweigh the best
2 interest of the public and the defendant in a speedy trial;
3     WHEREAS, the defendant consents to a continuation of this case for the above reasons
4 and consents to the exclusion of time from April 21, 2009 until June 17, 2009;
5     THEREFORE, it is hereby stipulated by and between the parties, through their respective
6 counsel of record, that the period of time from April 21, 2009 until June 17, 2009, shall be
7 excluded in computing the time within which the trial of the offense alleged in the Information
8 must commence under Title 18, United States Code, Section 3161.
9     IT IS SO STIPULATED.

10 DATED: April 27, 2009      JOSEPH P. RUSSONIELLO
    United States Attorney

12      /S/
13      Adam A. Reeves
    Assistant United States Attorney

16 DATED: April 28, 2009      THE OFFICE OF THE
    FEDERAL PUBLIC DEFENDER

18      /S/
19      Loren G. Stewart
    Counsel for Defendant
    ALEXANDER JAMES TRABULSE

1     The Court finds that the ends of justice served by granting a continuance from April 21,
2 2009 to June 17, 2009 outweigh the best interests of the public and the defendant in a speedy trial
3 and in the prompt disposition of criminal cases. The Court therefore concludes that this
4 exclusion of time from April 21, 2009 through and including June 17, 2009 should be made
5 under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).
6     IT IS SO ORDERED.

7
8 Dated: April 28, 2009
                            Hon. William H. Alsup
9                             United States District Judge

*IT IS SO ORDERED* — Judge William Alsup

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CASE NO. 3:09-cr- 00350-WHA

2