BARRY J. PORTMAN
Federal Public Defender
LOREN G. STEWART
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant TRABULSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-0350 WHA/EDL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| vs. | |
| ALEXANDER JAMES TRABULSE, | |
| Defendant. | |

Undersigned counsel for Alexander James Trabulse, Assistant United States Attorney Adam Reeves, and Pretrial Services Officer Richard Sarlatte appeared before the Honorable Elizabeth D. Laporte on May 5, 2009.  The Pretrial Services Officer, the parties, and the Court agreed that the following specific modifications to Mr. Trabulse's conditions of pretrial release and curfew are appropriate and shall be made forthwith:

1. Mr. Trabulse shall be permitted to leave his home to exercise from 1:00 PM until 4:00 PM every Monday, Tuesday, Thursday, and Friday.

2. Mr. Trabulse shall be permitted to leave his home to run errands from 1:00 PM until 4:00 PM every Wednesday.

STIPULATION AND [PROPOSED] ORDER
MODIFYING CONDITIONS OF PRETRIAL
RELEASE                                                              1

1  Apart from the above modifications, all preexisting conditions of pretrial release remain in force
2  and are unaltered by this order.
3  IT IS SO STIPULATED.

5  DATED: May 6, 2009                          JOSEPH P. RUSSONIELLO
                                                United States Attorney

7                                                      _____/s/_____
                                                Adam A. Reeves
8                                               Assistant United States Attorney

10 DATED: May 6, 2009                          BARRY J. PORTMAN
                                                Federal Public Defender

13                                                     _____/s/_____
                                                Loren G. Stewart
                                                Assistant Federal Public Defender
14                                              Counsel for Alexander James Trabulse

17                          [PROPOSED] ORDER

18      For good cause shown, the conditions of pretrial release for Defendant Alexander James
19 Trabulse are modified as set forth herein.  The changes shall take effect forthwith.
20 IT IS SO ORDERED.

23   May 6, 2009
     DATED                                      HON.
24                                              United

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

STIPULATION AND [PROPOSED] ORDER
MODIFYING CONDITIONS OF PRETRIAL
RELEASE                                              2