JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ADAM A. REEVES (NYSB 2363877)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7157
    Facsimile: (415) 436-7234
    Adam.Reeves@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:09-cr-00350-WHA |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | |
| ALEXANDER JAMES TRABULSE, | |
| Defendant. | |

WHEREAS, the Court conducted a hearing on July 10, 2009;

WHEREAS, the government produced approximately 11,351 additional documents to counsel for the defendant and defendant's counsel believes that additional time is necessary to review the evidence and investigate the case, and believes it is in the best interests of the defendant to do so as soon as possible;

WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and under the circumstances the ends of justice served by a reasonable continuance

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CASE NO. 3:09-cr- 00350-WHA

1

1  outweigh the best interest of the public and the defendant in a speedy trial;

2      WHEREAS, the defendant consents to a continuation of this case for the above reasons

3  and consents to the exclusion of time from July 10, 2009 until February 8, 2010;

4      THEREFORE, it is hereby stipulated by and between the parties, through their respective

5  counsel of record, that the period of time from July 10, 2009 until February 8, 2010, shall be

6  excluded in computing the time within which the trial of the offense alleged in the Information

7  must commence under Title 18, United States Code, Section 3161.

8      IT IS SO STIPULATED.

9  DATED: July 14, 2009        JOSEPH P. RUSSONIELLO
                                          United States Attorney

/s/ A. Reeves
_____
Adam A. Reeves
Assistant United States Attorney

15  DATED: July 14, 2009        THE OFFICE OF THE
                                          FEDERAL PUBLIC DEFENDER

/s/ L. Stewart
_____
Loren G. Stewart
Counsel for Defendant
ALEXANDER JAMES TRABULSE

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CASE NO. 3:09-cr- 00350-WHA

1

|   |   |
|---|---|
| 1 | The Court finds that the ends of justice served by granting a continuance from July 10, |
| 2 | 2009 to February 8, 2010 outweigh the best interests of the public and the defendant in a speedy |
| 3 | trial and in the prompt disposition of criminal cases.  The Court therefore concludes that this |
| 4 | exclusion of time from July 10, 2009 through and including February 8, 2010 should be made |
| 5 | under Title 18, United States Code, Sections 3161(h)(7)(B)(iv). |
| 6 | IT IS SO ORDERED. |

Dated: July 14, 2009

_____
Hon. _____
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CASE NO. 3:09-cr- 00350-WHA

2