```
BARRY J. PORTMAN
Federal Public Defender
LOREN G. STEWART
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant TRABULSE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALEXANDER JAMES TRABULSE, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-09-0350 WHA / EDL <br><br> **STIPULATION AND [PROPOSED] ORDER RE: ATTENDANCE OF RELIGIOUS SERVICES** |

On January 9, 2009, this Court imposed conditions of release on the Defendant, Alexander James Trabulse, that includes a restriction of strict home confinement with limited exceptions, including that Mr. Trabulse "may possibly attend mass once a week at discretion of Pretrial Services." Mr. Trabulse has been attending mass regularly since the imposition of the order, with the approval of his Pretrial Services officer, Richard Sarlatte.

Mr. Trabulse would like to attend an additional mass this Saturday, August 15, 2009, in celebration of the high mass of the Assumption of the Blessed Virgin Mary. The mass begins at 10:00 AM and will go for approximately two hours. Mr. Trabulse requests that he be permitted to leave his home at 9:30 AM and return home at 12:30 PM to allow for travel time.

Pretrial Services has represented that it has no objection to Mr. Trabulse's proposed

1  attendance of the mass, but that it cannot permit him to attend without an order of this Court
2  because of Mr. Trabulse's conditions of pretrial release. The parties jointly request that the Court
3  permit Mr. Trabulse to attend this mass. The mass will occur at:

4      St. Margaret Mary Church
    1219 Excelsior Drive
5      Oakland, CA 94601

6  With this order, Mr. Trabulse may attend the mass specified above notwithstanding the release
7  order in his case that limits his regular church attendance to once per week.

8  **IT IS SO STIPULATED**.

9

10  DATED: August 14, 2009      JOSEPH P. RUSSONIELLO
    United States Attorney
11

12          /s/
    Thomas E. Stevens
13     Assistant United States Attorney

14
DATED: August 14, 2009      BARRY J. PORTMAN
15     Federal Public Defender

16

17         /s/
    Loren G. Stewart
    Assistant Federal Public Defender
18

19     For the foregoing reasons, the Court hereby ORDERS that the Defendant, Alexander
20  James Trabulse, shall be permitted to attend the religious service detailed herein, notwithstanding
21  his conditions of pretrial release.

22

23  **IT IS SO ORDERED**.

24

25  Dated: August 14, ,2009

26      Hon. Elizabeth D. Laporte
    United States Magistrate Judge

STIP AND [~~PROPOSED~~] ORDER RE:
ATTENDANCE OF RELIGIOUS SERVICES      1

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Elizabeth D. Laporte]*