BARRY J. PORTMAN
Federal Public Defender
LOREN D. STEWART
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant TRABULSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0350 WHA / EDL |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER REGARDING ATTENDANCE** |
| vs. | ) | **OF RELIGIOUS SERVICES** |
| | ) | |
| ALEXANDER JAMES TRABULSE, | ) | |
| | ) | |
| Defendant. | ) | |

On January 9, 2009, this Court imposed conditions of release on the Defendant, Alexander James Trabulse, that includes a restriction of strict home confinement with limited exceptions, including that Mr. Trabulse "may possibly attend mass once a week at discretion of Pretrial Services." Mr. Trabulse has been attending mass regularly since the imposition of the order, with the approval of his Pretrial Services officer, Richard Sarlatte.

Mr. Trabulse would like to attend additional masses in the coming holiday season and, by and through this stipulation, seeks Court approval for his attendance. This Court has approved his attendance of masses before. *See* Docket No. 23 (Stipulation and Order re: Attendance of Easter Services); Docket No. 52 (Stipulation and Order re: Attendance of Assumption of the Virgin Service). Pretrial Services has represented that it has no objection to Mr. Trabulse's

STIP & [PROPOSED] ORDER RE: RELIGIOUS
SERVICES, CR 09-0350 WHA / EDL         1

1  attendance of specific religious services, but that it cannot permit him to attend without an order
2  of this Court because of Mr. Trabulse's conditions of pretrial release.  The government does not
3  object to his attendance of the services identified below.
4        Specifically, Mr. Trabulse would like to attend the following upcoming masses and
5  services, which include all requests through and including February 2010; all times noted below
6  include driving time:

7      Sunday, November 1, 2009:       All Saints Day
     12:00 PM - 3:30 PM (15 minutes longer than standard Sunday mass)
8

    Monday, November 2, 2009:      All Souls Day
9       5:00 PM - 9:00 PM

10     Thursday, November 26, 2009:    Celebration of Thanksgiving
     10:00 AM - 1:00 PM
11
    Tuesday, December 8, 2009:      Service of the Immaculate Conception
12      5:00 PM - 9:00 PM

13     Thursday, December 24, 2009:    Vigil of the Nativity
     10:45 PM - 3:00 AM
14
    Friday, December 25, 2009:       Christmas Service
15      12:00 PM - 3:30 PM

16     Saturday, January 2, 2010:       Feast of the Circumcision of Our Lord
     9:30 AM - 1:00 PM
17
    Wednesday, February 17, 2010:   Ash Wednesday
18      5:00 PM - 8:30 PM

19     All masses will occur at:

20     St. Margaret Mary Church
     1219 Excelsior Drive
21     Oakland, CA 94601

22       These approvals of Mr. Trabulse's attendance of religious services pertain only to Mr.
23 Trabulse's conditions of pretrial release.  This order does not otherwise modify any conditions of
24 Mr. Trabulse's pretrial release.  If he is for any reason taken into custody, the above-captioned
25 approvals will have no effect.
26

STIP & [PROPOSED] ORDER RE: RELIGIOUS
SERVICES, CR 09-0350 WHA / EDL        2

1  **IT IS SO STIPULATED**.

2

3  DATED: October 23, 2009                JOSEPH P. RUSSONIELLO
                                          United States Attorney
4

5                                             _____/s/_____
                                          Thomas E. Stevens
6                                         Assistant United States Attorney

7
   DATED: October 23, 2009                BARRY J. PORTMAN
8                                         Federal Public Defender

9
                                              _____/s/_____
10                                        Loren D. Stewart
                                          Assistant Federal Public Defender
11

12

13                          [~~PROPOSED~~] ORDER

14       For the foregoing reasons, the Court hereby ORDERS that the Defendant, Alexander

15  James Trabulse, shall be permitted to attend the religious service detailed herein, notwithstanding

16  his conditions of pretrial release.

17

18  **IT IS SO ORDERED**.

19

20  Dated:  10/23/009

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
(United States District Court, Northern District of California seal)

STIP & [~~PROPOSED~~] ORDER RE: RELIGIOUS
SERVICES, CR 09-0350 WHA / EDL            3