1 | BARRY J. PORTMAN
Federal Public Defender
2 | LOREN D. STEWART
Assistant Federal Public Defender
3 | 19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
4 | San Francisco, CA 94102
Telephone: (415) 436-7700
5
Counsel for Defendant TRABULSE
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )    No. CR-09-0350 WHA
                                       )
12 |            Plaintiff,         )    **STIPULATION AND [PROPOSED]**
                                       )    **ORDER CONTINUING HEARING**
13 |                                     )    **DATE ON MOTION**
    vs.                                     )
14 |                                     )    **Current Hearing Date: Nov. 3, 2009**
                                    )    Time:        2:00 PM
15 | ALEXANDER JAMES TRABULSE,   )    Court:       Hon. William H. Alsup
                                    )
16 |           Defendant.        )    **Proposed Hearing Date: Nov. 24, 2009**
                                    )    Time:        2:00 PM
17 |                                     )    Court:       Hon. William H. Alsup
    _____)
18

19         The Defendant's Motion for Specific Performance of the Plea Agreement is currently on

20 calendar for a hearing before this Court on Tuesday, November 3, 2009, at 2:00 PM. *See* Docket

21 No. 60. Undersigned counsel for Mr. Trabulse and counsel for the United States hereby request

22 that the Court vacate the noticed hearing date and re-calendar the hearing for Tuesday, November

23 24, 2009, at 2:00 PM. This request is in compliance with Civil Local Rule 7-7(a), which permits

24 //

25 //

26 //

STIP & [PROPOSED] ORDER CONTINUING
MOTION HEARING, CR 09-0350 WHA        1

the moving party[1] to continue the motion hearing to a later date, provided that no opposition has been filed and that the continuance is filed before the opposition to the motion is due. The parties jointly request that the motion hearing be re-calendared for November 24, 2009.

IT IS SO STIPULATED.

  October 23, 2009
DATED

/s/
THOMAS STEVENS
Assistant United States Attorney

  October 23, 2009
DATED

/s/
LOREN STEWART
Assistant Federal Public Defender

In accordance with Civil Local Rule 7-7(a), the motion hearing now scheduled for Tuesday, November 3, 2009 is vacated. The matter shall be added to the Court's calendar on Tuesday, November 24, 2009 at 2:00 PM.

IT IS SO ORDERED.

  October 26, 2009.
DATED

HON.
United St

IT IS SO ORDERED
Judge William Alsup

---

[1] Although the moving party may unilaterally seek a continuance of the hearing date under the local rule, the parties are jointly requesting the continuance in this instance.

STIP & [PROPOSED] ORDER CONTINUING
MOTION HEARING, CR 09-0350 WHA           2