BARRY J. PORTMAN
Federal Public Defender
LOREN D. STEWART
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant TRABULSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>    Defendant. | No. CR-09-0350 WHA<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR SPECIFIC PERFORMANCE OF PLEA AGREEMENT** |

      On October 9, 2009, defendant Alexander James Trabulse filed a motion requesting that this Court order specific performance of the government's plea offer tendered on or about June 15, 2009. *See* Docket Nos. 60, 61. That plea agreement would have provided a sentencing range of 21 to 41 months. *See* Docket No. 61 (Stewart Decl.) ¶ 10 & Ex. F (Plea Agreement). On July 6, 2009, the government purported to withdraw the plea offer that had already been accepted, necessitating the motion. *See id.* ¶ 14 & Ex. J (Letter from government to undersigned counsel).

      On November 3, 2009, Mr. Trabulse entered a guilty plea to a superseding plea agreement. In consideration of that plea agreement and the sentencing range contained therein, Mr. Trabulse agreed to withdraw his pending motion for specific performance of the June 15,

//

NOTICE OF WITHDRAWAL OF MOTION,
CR-09-0350 WHA                              1

2009, plea agreement.  *See* Nov. 2009 Plea Agreement ¶ 4 ("I also agree to give up my right to require specific performance of the plea agreement presented to the Court on June 17, 2009.").

Accordingly, Mr. Trabulse hereby **WITHDRAWS** the pending noticed motion for specific performance of the plea agreement, included in this Court's docket at entries 60 and 61. This notice of withdrawal is made in conformity with the Criminal and Civil Local Rules, in that notice of withdrawal is made not later than 7 days after service of the opposition to the motion. *See* Civ. L.R. 7-7(e) ("Within 7 days after service of an opposition, the moving party may file and serve a notice of withdrawal of the motion.  Upon the filing of a timely withdrawal, the motion will be taken off[]calendar.").

Dated: November 3, 2009

        Respectfully submitted,

        BARRY J. PORTMAN
        Federal Public Defender


        _____/s/_____
        LOREN D. STEWART
        Assistant Federal Public Defender