UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Case Number | CR 09-00350 WHA |
| Defendant's Name | JAMES TRABULSE |
| Defense Counsel | Loren Stewart |
| Referral Date | 11/3/09 |
| Due Date | **3/9/10 at 2:00 pm** |

NOTICE TO DEFENSE COUNSEL

The court has directed that a   __XX__   Presentence Investigation

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above named defendant.  So that the investigation / supervision can be completed promptly, please go to the **Probation Office, 17th floor, before leaving** the Courthouse today to make the necessary arrangements.

Richard W. Wieking, Clerk

by:  _____
Dawn Toland, Deputy Clerk

cc: U.S. Probation

| | |
|---|---|
| Is defendant in Custody? | NO |
| Is defendant English speaking? | YES |
| What is defendant's address? | |

_____
_____