UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 3, 2009                           Total Hearing Time: 30 minutes

Case No.:   CR 09-0350 WHA

Title:   UNITED STATES -v- JAMES TRABULSE (present - not in custody)

Counsel for Government:   Tom Stevens; Jonathan Schmidt

Counsel for Defendant(s):  Loren Stewart

Interpreter: n/a                                 Probation Officer: n/a

Deputy Clerk:  Dawn Toland                       Court Reporter:  Connie Kuhl

### PROCEEDINGS

1)     Change of Plea - HELD

2)     _____

Case continued to  3/9/10 at 2:00 pm   for Sentencing

Time Excluded:   **Begins:**            **Ends:**

**ORDERED AFTER HEARING:**

Martin Button addressed the Court regarding the defendant's victims and plea offer.

Defendant signed the Plea Agreement and entered a guilty plea to Count One.  Defendant will withdrawal the Motion for Specific Performance.  The trial and pretrial conference dates are vacated.