BARRY J. PORTMAN
Federal Public Defender
LOREN D. STEWART
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant TRABULSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-0350 WHA / EDL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING ATTENDANCE OF RELIGIOUS SERVICES** |
| vs. | |
| ALEXANDER JAMES TRABULSE, | |
| Defendant. | |

On January 9, 2009, this Court imposed conditions of release on the Defendant, Alexander James Trabulse, that includes a restriction of strict home confinement with limited exceptions, including that Mr. Trabulse "may possibly attend mass once a week at discretion of Pretrial Services." Mr. Trabulse has been attending mass regularly since the imposition of the order, with the approval of his Pretrial Services officer, Richard Sarlatte.

Mr. Trabulse would like to attend additional masses in the coming Easter holiday season and, by and through this stipulation, seeks Court approval for his attendance. This Court has approved his attendance of masses before. *See* Docket No. 23 (Stipulation and Order re: Attendance of Easter Services); Docket No. 52 (Stipulation and Order re: Attendance of Assumption of the Virgin Service); Docket No. 67 (Stipulation and Order re: Attendance of

STIP & [PROPOSED] ORDER RE: RELIGIOUS
SERVICES, CR 09-0350 WHA / EDL                1

1  Religious Services). Pretrial Services has previously represented that it has no objection to Mr.

2  Trabulse's attendance of specific religious services, but that it cannot permit him to attend

3  without an order of this Court because of Mr. Trabulse's conditions of pretrial release. The

4  government does not object to his attendance of the services identified below.

5      Specifically, Mr. Trabulse would like to attend the following upcoming masses and

6  services; all times noted below include driving time:

7      Sunday, March 28, 2010:    Palm Sunday
       12:00 PM - 4:00 PM (longer than standard Sunday mass)

8

    Thursday, April 1, 2010:    Holy Thursday
9      4:00 PM - 9:00 PM

10      Friday, April 2, 2010:    Good Friday
        4:00 PM - 8:00 PM

11
    Saturday, April 3, 2010:    Holy Saturday Vigil Mass
12      3:30 PM - 8:00 PM

13      Sunday, April 4, 2010:    Easter Sunday Mass
        12:00 PM - 4:00 PM (longer than standard Sunday mass)
14

15      All masses will occur at:

16      St. Margaret Mary Church
        1219 Excelsior Drive
17      Oakland, CA 94601

18      These approvals of Mr. Trabulse's attendance of religious services pertain only to Mr.

19  Trabulse's conditions of pretrial release. This order does not otherwise modify any conditions of

20  Mr. Trabulse's pretrial release. If he is for any reason taken into custody, the above-captioned

21  approvals will have no effect.

22  //

23  //

24  //

25  //

26

STIP & [PROPOSED] ORDER RE: RELIGIOUS
SERVICES, CR 09-0350 WHA / EDL    2

1  **IT IS SO STIPULATED**.

3  DATED: March 10, 2010                        JOSEPH P. RUSSONIELLO
                                                United States Attorney

                                                _____/s/_____
                                                Thomas E. Stevens
                                                Assistant United States Attorney

7  DATED: October 23, 2009                      BARRY J. PORTMAN
                                                Federal Public Defender

                                                _____/s/_____
                                                Loren D. Stewart
                                                Assistant Federal Public Defender

13                              [~~PROPOSED~~] ORDER

14    For the foregoing reasons, the Court hereby ORDERS that the Defendant, Alexander James Trabulse, shall be permitted to attend the religious services detailed herein, notwithstanding his conditions of pretrial release.

18  **IT IS SO ORDERED**.

20  Dated: __3/11/2010__

    Hon. Elizabeth Laporte
    United States Magistrate Judge

    IT IS SO ORDERED
    /s/ Elizabeth D. Laporte
    Judge Elizabeth D. Laporte

STIP & [PROPOSED] ORDER RE: RELIGIOUS
SERVICES, CR 09-0350 WHA / EDL            3