BARRY J. PORTMAN
Federal Public Defender
LOREN D. STEWART
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant TRABULSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0350 WHA |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER REGARDING ATTENDANCE OF RELIGIOUS SERVICES** |
| vs. | ) ) | |
| ALEXANDER JAMES TRABULSE, | ) ) | |
| Defendant. | ) ) | |

      On January 9, 2009, this Court imposed conditions of release on the Defendant, Alexander James Trabulse, that includes a restriction of strict home confinement with limited exceptions, including that Mr. Trabulse "may possibly attend mass once a week at discretion of Pretrial Services." Mr. Trabulse has been attending mass regularly since the imposition of the order, with the approval of his Pretrial Services officer, Richard Sarlatte.

      Mr. Trabulse was recently informed that he will be permitted to undergo a special confirmation rite by Catholic Bishop Salvatore Cordileone on May 20, 2010. The confirmation will occur at his regular church in Oakland. In preparation for the confirmation rite, Mr. Trabulse will need to attend several additional preparatory classes. By and through this stipulation, Mr. Trabulse seeks Court approval for his attendance of the classes and the

STIP & [PROPOSED] ORDER RE:
ATTENDANCE OF RELIGIOUS SERVICES    1

confirmation ceremony.  This Court has approved his attendance of masses before.  *See* Docket No. 23 (Stipulation and Order re: Attendance of Easter Services); Docket No. 52 (Stipulation and Order re: Attendance of Assumption of the Virgin Service); Docket No. 67 (Stipulation and Order re: Attendance of Religious Services); Docket No. 79 (Stipulation and Order re: Attendance of Religious Services).  Pretrial Services has previously represented that it has no objection to Mr. Trabulse's attendance of specific religious services, but that it cannot permit him to attend without a Court order because of Mr. Trabulse's conditions of pretrial release.  The government does not object to his attendance of the services identified below.

Specifically, Mr. Trabulse would like to attend the following upcoming classes and the confirmation rite mass with Bishop Cordileone.  Attached hereto as Exhibit A is a copy of the confirmation rite program.  All times noted below include driving time:

| | | |
|---|---|---|
| Saturday, April 17, 2010: | 2:00 PM - 5:30 PM | Confirmation Preparation Class |
| Saturday, April 24, 2010: | 2:00 PM - 5:30 PM | Confirmation Preparation Class |
| Saturday, May 1, 2010: | 2:00 PM - 5:30 PM | Confirmation Preparation Class |
| Saturday, May 8, 2010: | 2:00 PM - 5:30 PM | Confirmation Preparation Class |
| Saturday, May 15, 2010: | 8:30 AM - 4:00 PM | Day of Recollection |
| Thursday, May 20, 2010: | 5:15 PM - 9:30 PM | Ceremony of Confirmation and Low Mass |

With the possible exception of the Day of Recollection, all masses will occur at:

St. Margaret Mary Church
1219 Excelsior Drive
Oakland, CA 94601

In the event that the Day of Recollection class occurs at a location other than St. Margaret Mary Church, Mr. Trabulse respectfully requests that the Pretrial Services Officer be permitted to approve another location in his discretion if he is given prior notice of the change.

STIP & [~~PROPOSED~~] ORDER RE:
ATTENDANCE OF RELIGIOUS SERVICES          2

1  The approval of Mr. Trabulse's attendance of religious services pertains only to Mr.
2  Trabulse's conditions of pretrial release. This request does not otherwise modify any conditions
3  of Mr. Trabulse's pretrial release. If he is for any reason taken into custody, the above-captioned
4  approvals will have no effect.
5  IT IS SO STIPULATED.

7  DATED: April 15, 2010                        JOSEPH P. RUSSONIELLO
                                                United States Attorney

9                                               _____/s/_____
                                                Thomas E. Stevens
10                                              Assistant United States Attorney

11
   DATED: April 15, 2010                        BARRY J. PORTMAN
12                                              Federal Public Defender

13
                                                _____/s/_____
14                                              Loren D. Stewart
                                                Assistant Federal Public Defender

17                              **[PROPOSED] ORDER**

18  For the foregoing reasons, the Court hereby ORDERS that the Defendant, Alexander
19  James Trabulse, shall be permitted to attend the religious services detailed herein,
20  notwithstanding his conditions of pretrial release.

22  **IT IS SO ORDERED**.

24  Dated:   April 15, 2010

IT IS SO ORDERED
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte

STIP & [PROPOSED] ORDER RE:
ATTENDANCE OF RELIGIOUS SERVICES

# EXHIBIT A



**INSTITUTE OF CHRIST THE KING SOVEREIGN PRIEST**
Canon Jean-Marie Moreau
1219 Excelsior Avenue
Oakland, CA 94610
(510) 482-2053

## CONFIRMATION
### WITH HIS EXCELLENCY BISHOP SALVATORE CORDILEONE IN THE TRADITIONAL RITE

## CONFIRMATION PREPARATION PROGRAM

**Saturday, April 10 (Registration before class)**
2:30PM – St. Margaret Mary's, Oakland

**Saturday, April 17**
2:30PM – St. Margaret Mary's, Oakland

**Saturday, April 24**
2:30PM – St. Margaret Mary's, Oakland

**Saturday, May 1**
2:30PM – St. Margaret Mary's, Oakland

**Saturday, May 8**
2:30PM – St. Margaret Mary's, Oakland

**Saturday, May 15**
9:00AM to 3:00PM – Day of Recollection (Location TBD)



**Ceremony of Confirmation with Bishop Cordileone at St. Margaret Mary's Church, Oakland, on Thursday, May 20, 2010, at 6:00PM, followed by Low Mass of the Bishop and Reception in Father Kozina Hall.**