JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JONATHAN SCHMIDT (CABN 230646)
THOMAS E. STEVENS (CABN 168362)
Assistant United States Attorneys

   450 Golden Gate Ave
   San Francisco, California 94122
   Telephone: (415) 436-6776
   E-Mail: Jonathan.Schmidt@usdoj.gov
           Thomas.Stevens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09-0350-WHA |
| Plaintiff, | |
| v. | STIPULATION AND ~~[PROPOSED]~~ ORDER RE: CLARIFYING JUDGEMENT |
| ALEXANDER J. TRABULSE | |
| Defendant. | |

The Parties hereby stipulate as follows:

Alexander Trabulse was sentenced by this Court on May 3, 2010. Part of that sentence included a restitution order of $8,599,877. The Judgement in the Criminal Case neglected to include details about the beneficiaries of the restitution order.

Accordingly the parties recommend amending paragraph F of the Schedule of Payments.

Stip and ~~Proposed~~ Order
Case No. CR 09-0350-WHA

Paragraph F currently reads:

    [x] Special instructions regarding the payment of criminal monetary penalties: It is further ordered that the defendant shall pay to the United States a special assessment of $100, which shall be due immediately. While incarcerated, payment of criminal monetary penalties are due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

    Criminal monetary payments shall be made to the Clerk of U.S. District Court, 450 Golden Gate Ave., Box 36060, San Francisco, CA 941002.

    If is further ordered that the defendant shall pay restitution totaling $8,599,877, which shall be due immediately. Pursuant to the civil judgment in SEC v. Alexander James Trabulse, C07-04975 WHA, defendant shall receive credit against this restitution order for any money paid in that civil case. While incarcerated, payment of restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Restitution payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102. Payments shall be made at the minimum rate of $1,000 per month while on supervised release.

    Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

    The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

    The parties stipulate that Paragraph F should read as follows with the changes denoted in bold and with cross outs:

    [x] Special instructions regarding the payment of criminal monetary penalties: It is further ordered that the defendant shall pay to the United States a special assessment of

Stip and ~~Proposed~~ Order
Case No. CR 09-0350-WHA

2

1  $100, which shall be due immediately. While incarcerated, payment of criminal monetary
2  penalties are due during imprisonment at the rate of not less than $25 per quarter and payment
3  shall be through the Bureau of Prisons Inmate Financial Responsibility Program.
4      Criminal monetary payments shall be made to the Clerk of U.S. District Court, 450
5  Golden Gate Ave., Box 36060, San Francisco, CA 941002.
6      If is further ordered that the defendant shall pay restitution totaling $8,599,877, **on a pro**
7  **rata basis to the persons listed and based on the amounts detailed on Exhibit A**.  **(The**
8  **amount of restitution due to each victim on the attached exhibit must be reduced by**
9  **2.382037663%.  Thus, the sum of victims' restitution amounts should equal $8,599,877,**
10 **which is 2.382037663% less than the total on the list, $8,809,728.04.)**  Restitution ~~which~~ shall
11 be due immediately. Pursuant to the civil judgment in SEC v. Alexander James Trabulse,
12 C07-04975 WHA, defendant shall receive credit against this restitution order for any money paid
13 in that civil case, **after May 3, 2010 and the amounts due to victims under this judgment will**
14 **be reduced by any such payments**. While incarcerated, payment of restitution is due during
15 imprisonment at the rate of not less than $25 per quarter and payment shall be through the
16 Bureau of Prisons Inmate Financial Responsibility Program. Restitution payments shall be made
17 to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060,
18 San Francisco, CA 94102. Payments shall be made at the minimum rate of $1,000 per month
19 while on supervised release.
20     Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment,
21 payment of criminal monetary penalties is due during imprisonment. All criminal monetary
22 penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial
23 Responsibility Program, are made to the clerk of the court.
24     The defendant shall receive credit for all payments previously made toward any criminal
25 monetary penalties imposed.
26 ///
27 ///
28

Stip and ~~Proposed~~ Order
Case No. CR 09-0350-WHA

3

**IT IS SO STIPULATED**

DATED: May 17, 2010                     JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                        _____/S/_____
                                        Jonathan Schmidt
                                        Thomas E. Stevens
                                        Assistant United States Attorney

DATED: May 17, 2010                     BARRY J. PORTMAN
                                        Federal Public Defender

                                        _____/S/_____
                                        Loren D. Stewart
                                        Assistant Federal Public Defender
                                        Counsel for Alexander James Trabulse

For good cause shown the Court adopts this proposed order.

**IT IS SO ORDERED**.

Dated: May 18, 2010

Hon. William H. Alsup
United States District Judge

IT IS SO ORDERED
Judge William Alsup

Stip and ~~Proposed~~ Order
Case No. CR 09-0350-WHA

4